Jean Corey, Appellant, v. Clifford Corey, Appellee.

Gen. No. 45,177.

Alfred W. Bosworth, for appellant; Cusack & Cusack, for appellee; James J. Cusack, Jr., John F. Cusack, Robert E. Cusack, and Robert Irmiger, of counsel. Opinion by PRESIDING JUSTICE KILEY. **Not to be published in full.** Opinion filed June 29, 1951; released for publication July 30, 1951.